# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRICE H. ALLEN, | ) | |
| | ) | Civil Action No. 2: 15-cv-0317 |
| Petitioner, | ) | |
| | ) | United States District Judge |
| v. | ) | Nora Barry Fischer |
| | ) | |
| JAMES ECKARD, Superintendent, and | ) | |
| JOHN W. PECK, District Attorney of | ) | |
| Westmoreland County, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

Brice H. Allen, ("Allen" or "Petitioner"), proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") pursuant to 28 U.S.C. § 2254, challenging his 2008 conviction for first degree murder. The case was referred to United States Magistrate Judge Cynthia Reed Eddy for a report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The Report and Recommendation ("R&R") filed on October 19, 2017, recommended that the Petition be dismissed and that a certificate of appealability be denied. [ECF No. 15]. The parties were informed that Petitioner's written objections to the R&R were due by November 7, 2017, and that Respondents' written objections were due by November 3, 2017. On November 9, 2017, Petitioner filed a motion for extension of time to file objections, which the Court granted and extended the time to file objections to November 27, 2017. [ECF No. 17]. On November 13, 2017, Petitioner filed an unsigned "Response to the Magistrate Judge's Report and Recommendation" in which he raised an objection to the Magistrate Judge's

1

recommendation that the "accumulated trial errors" claim be denied. In the Response, Petitioner also requested an additional thirty (30) days in which to file a brief in support of his objections. Petitioner's request for additional time to file a brief was granted and Petitioner was given an extension until December 14, 2017, to file remaining objections / brief in support of his objections. [ECF No. 20]. To date, Petitioner has not filed any supplemental objection(s) or brief. Respondents filed a "Response to Petitioner's Objections to the Magistrate Judge's Report and Recommendation." [ECF No. 22]. The matter is ripe for review.

Where, as here, objections have been filed, the court is required to make a *de novo* determination about those portions of the R&R to which objections were made. See 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). The district court may accept, reject, or modify the recommended disposition, as well as receive further evidence or return the matter to the magistrate judge with instructions.

After reviewing *de novo* the record in this case, and the pleadings and documents filed in this case, together with the R&R, Petitioner's objections, and Respondents' response, the Court is in agreement with the recommendation of the R&R and finds that Petitioner's objections do no undermine the recommendation of the Magistrate Judge. The Petition will be denied and an appropriate order will be entered.

DATED: January 9, 2018                  BY THE COURT:

                                                       *s/ Nora Barry Fischer*
                                                       Nora Barry Fischer
                                                       United States District Judge

cc:     BRICE H. ALLEN
HK-0223
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654
(via U.S. First Class Mail)

James T. Lazar
Westmoreland County District Attorney's Office
(via ECF electronic notification)