# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRICE H. ALLEN, | ) | |
| | ) | Civil Action No. 2: 15-cv-0317 |
| Petitioner, | ) | |
| | ) | United States District Judge |
| v. | ) | Nora Barry Fischer |
| | ) | |
| JAMES ECKARD, Superintendent, and | ) | |
| JOHN W. PECK, District Attorney of | ) | |
| Westmoreland County, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

**AND NOW**, this 9th day of January, 2018, it is hereby **ORDERED, AJUDGED AND DECREED** that for the reasons set forth in the accompanying memorandum opinion, the Petition for Writ of Habeas Corpus filed by petitioner, Brice H. Allen, is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation [ECF No. 15] is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

            BY THE COURT:

            *s/ Nora Barry Fischer*
            Nora Barry Fischer
            United States District Judge

cc: BRICE H. ALLEN
HK-0223
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654
(via U.S. First Class Mail)

James T. Lazar
Westmoreland County District Attorney's Office
(via ECF electronic notification)